IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BURLIN RICHARD PRITCHETT, ) | |
| AIS 327272, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:23-CV-215-RAH |
| ) | |
| NURSE LNU, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

On May 22, 2023, the Magistrate Judge entered a Recommendation that this case should be dismissed without prejudice for failure to file the filing fee or an application seeking leave to proceed *in forma pauperis* and the accompanying account information in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A). (Doc. 5.)  On June 26, 2023, Plaintiff Burlin Richard Pritchett filed a document (Doc. 6), which the Court has construed as an objection to the Recommendation.

After careful review and consideration of the Objection, and upon independent review of the Recommendation of the Magistrate Judge and file in this case, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 5) is ADOPTED.

2. The Objection (Doc. 6) is OVERRULED.

3. This case is DISMISSED without prejudice.

DONE, on this the 27th day of June 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE